**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2236**

_____

In re:  MARY KAY CANARTE

--------------------------------------

JAY HAWKINS,

        Plaintiff - Appellant,

     v.

ISIAH LEGGETT; MONTGOMERY COUNTY, MARYLAND; ARTHUR M. WALLENSTEIN, Director; MONTGOMERY COUNTY DEPARTMENT OF CORRECTIONS AND REHABILITATION; ARTHUR M. WALLENSTEIN, Personally,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.  (8:12-cv-00623-AW)

_____

Submitted:  February 21, 2014        Decided:  March 5, 2014

_____

Before DUNCAN, DAVIS, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jay Hawkins, Appellant Pro Se.  Patricia Prestigiacomo Via, Paul F. Leonard, Jr., COUNTY ATTORNEY'S OFFICE, Rockville, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jay Hawkins appeals the district court's orders granting summary judgment to the Appellees, dismissing his employment discrimination complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hawkins v. Leggett, No. 8:12-cv-00623-AW (D. Md. June 24, 2013; Sept. 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED